[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 28, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-15054
Non-Argument Calendar

_____

D. C. Docket No. 05-00488-CR-T-24-TGW

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PHOUNG MINH CHAU,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(March 28, 2007)**

Before TJOFLAT, HULL and WILSON, Circuit Judges.

PER CURIAM:

John T. Kingston, Esq., appointed counsel for Phoung Minh Chau, has filed

a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsels' assessment of the relative merit of the appeal is correct. Independent examination of the entire record reveals no arguable issues of merit, therefore, counsel's motion to withdraw is **GRANTED**, and Chau's conviction and sentence are **AFFIRMED**.